**GRANDEYE LIMITED, Appellant,**

v.

**GOOGLE INC., Appellee.**

Nos. 2015–1622, 2015–1624, 2015–1625.

United States Court of Appeals, Federal Circuit.

March 28, 2016.

Stephen Yee Chow, Burns & Levinson, LLP, Boston, MA, argued for appellant.

Pratik A. Shah, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, DC, argued for appellee. Also represented by Emily Curtis Johnson, David Vondle, Ze-Wen Julius Chen, Cono A. Carrano, Ashraf Fawzy.

Jeremiah Helm, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Scott Weidenfeller, Stacy Beth Margolies.

O'MALLEY, WALLACH, and HUGHES, Circuit Judges.

**JUDGEMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See Fed. Cir. R. 36*